1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  KARIN S. SCHWARTZ
   Supervising Deputy Attorney General
3  MICHAEL A. ZWIBELMAN, State Bar No. 224783
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, California  94102-7004
5    Telephone:  (415) 703-5841
     Facsimile:  (415) 703-5480
6    Email:  Michael.Zwibelman@doj.ca.gov

7  Attorneys for Plaintiff
   CALIFORNIA DEPARTMENT OF SOCIAL SERVICES

8  *Defense Counsel Listed on Signature Page*

9

10              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
11               SAN FRANCISCO DIVISION

12

13  CALIFORNIA DEPARTMENT OF            Case No. 4:09-cv-00213-SBA
    SOCIAL SERVICES,
                                        The Honorable Saundra B. Armstrong
14                  Plaintiff,
                                        STIPULATION AND [PROPOSED]
15       v.                             ORDER RESCHEDULING
                                        CASE MANAGEMENT
16  UNITED STATES DEPARTMENT OF         CONFERENCE AND HEARING
    HEALTH AND HUMAN SERVICES, ET AL.   ON DEFENDANTS' MOTION
17                                       TO DISMISS
                    Defendants.
18

19

20

21       Pursuant to Rules 6-1(b) and 6-2 of the Local Rules of Practice in Civil Proceedings

22  before the United States District Court for the Northern District of California (Civil L.R.), the

23  parties, through their respective counsel, stipulate and agree as follows:

24                              **RECITALS**

25       1.       Plaintiff filed the above-captioned action on January 16, 2009 (Docket No. 1), and

26  defendants timely filed a motion to dismiss on March 17, 2009 (Docket No. 13).  By order of the

27  court, defendant's motion is scheduled for hearing on April 28, 2009 (Docket No. 16).

28

---

STIPULATION AND ORDER RESCHEDULING CMC AND HEARING ON MOTION TO DISMISS
CASE NO. 4:09-CV-00213-SBA

1        2.      A case management conference is currently scheduled for April 22, 2009 (Docket

2  No. 5).

3        3.      To accommodate the professional and personal commitments of plaintiff's

4  counsel, the parties agree that, with the court's permission, the April 22 case management

5  conference and the April 28 hearing on defendants' motion to dismiss shall be rescheduled as

6  follows:

7           A.     Plaintiff's opposition to defendants' motion to dismiss shall be filed on or

8  before May 5, 2009.

9           B.     The parties shall submit a joint case management statement on or before

10  May 8, 2009.  The parties also shall file and serve ADR Certifications pursuant to Civil L.R.

11  16-8(b) on or before May 8, 2009.

12           C.     Defendants' optional reply brief in further support of their motion to

13  dismiss shall be filed on or before May 12, 2009.

14           D.     The court shall hear oral argument on defendants' motion to dismiss on

15  May 19, 2009, at 1:00 p.m.

16           E.     The case management conference also shall be conducted on May 19,

17  2009, at 1:00 p.m.

18        4.      The parties have reviewed Civil L.R. 16-2, 16-3, 16-8, and the handbook entitled

19  "Dispute Resolution Procedures in the Northern District of California."  The parties also have met

20  and conferred telephonically to discuss whether alternative dispute resolution is appropriate for

21  this case.  Because the parties agree that ADR would not assist them in resolving the case, the

22  parties further agree, with the court's permission, that they need not file a Stipulation and

23  Proposed Order Selecting ADR Process or a Notice of Need for ADR Phone Conference, as

24  required by Civil L.R. 16-8(c).

25        5.      Pursuant to Civil L.R. 6-2(a), undersigned counsel for the plaintiff has filed a

26  declaration in support of this stipulation.  Defendants' counsel does not object to the statements

27  contained in the declaration.

28

STIPULATION AND ORDER RESCHEDULING CMC AND HEARING ON MOTION TO DISMISS
CASE NO. 4:09-CV-00213-SBA

1

**STIPULATION**

2        Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with the

3 court's permission, the April 22, 2009 case management conference and the April 28, 2009

4 hearing on defendants' motion to dismiss shall be taken off calendar and rescheduled as follows:

5        • Plaintiff's opposition to defendants' motion to dismiss shall be filed on or before
           May 5, 2009.

6

7        • The parties shall submit a joint case management statement on or before May 8,
           2009. The parties also shall file and serve ADR Certifications pursuant to Civil
           L.R. 16-8(b) on or before May 8, 2009.

8

9        • Defendants' optional reply brief in further support of their motion to dismiss shall
           be filed on or before May 12, 2009.

10       • The court shall hear oral argument on defendants' motion to dismiss on May 19,
           2009, at 1:00 p.m.

11

12       • The case management conference also shall be conducted on May 19, 2009, at
           1:00 p.m.

13        IT IS FURTHER AGREED that, with the court's permission, the parties need not file a

14 Stipulation and Proposed Order Selecting ADR Process or a Notice of Need for ADR Phone

15 Conference, as required by Civil L.R. 16-8(c).

16 IT IS SO STIPULATED AND AGREED.

17 Dated: March 26, 2009                    Respectfully submitted,

18                                          OFFICE OF THE ATTORNEY GENERAL

19                                              EDMUND G. BROWN JR.
20                                              Attorney General of the State of California

21                                              KARIN S. SCHWARTZ
22                                              Supervising Deputy Attorney General

23
                                            By:    /s/ Michael A. Zwibelman
24                                              MICHAEL A. ZWIBELMAN
                                                Deputy Attorney General
25
                                            Attorneys for Plaintiff California Department of
26                                          Social Services

27

28

STIPULATION AND ORDER RESCHEDULING CMC AND HEARING ON MOTION TO DISMISS
CASE NO. 4:09-CV-00213-SBA

1   Dated: March 26, 2009                    UNITED STATES DEPARTMENT OF JUSTICE

2
                                             MICHAEL F. HERTZ
3                                            Acting Assistant Attorney General

4                                            SHEILA M. LIEBER
                                             Deputy Branch Director
5

6                                       By:  ___/s/ Stephen J. Buckingham_____
                                             STEPHEN J. BUCKINGHAM
7                                            Trial Attorney
                                             United States Department of Justice
8                                            Civil Division, Federal Programs Branch
                                             20 Massachusetts Avenue, N.W.
9                                            Washington, DC  20530
                                             (202) 514-3330
10                                           (202) 616-8470 FAX
                                             Stephen.Buckingham@usdoj.gov
11
                                             Attorneys for Defendants United States Department of
12                                           Health and Human Services, et al.

13
          *Pursuant to paragraph X.B of General Order No. 45 of this court, the filer of this
14   document attests that concurrence in the filing of this document was obtained from counsel for
     defendants on March 26, 2009.*
15

16

17   PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19   Dated: _3/30_____, 2009            _____
                                             The Honorable Saundra B. Armstrong
20                                           UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28
                                           4