1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD OLSEN, CSBN 214150
   Assistant United States Attorney
4  MICHAEL F. HERTZ
   Acting Assistant Attorney General
5  SHEILA M. LIEBER
   Deputy Branch Director
6
   STEPHEN J. BUCKINGHAM (MD Bar)
7  Trial Attorney
   United States Department of Justice
8  Civil Division, Federal Programs Branch
   20 Massachusetts Avenue, N.W.
9  Washington, DC  20530
   Tel: (202) 514-3330
10 Fax: (202) 616-8470
   Stephen.Buckingham@usdoj.gov

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF SOCIAL SERVICES, | No. C 09-0213-SBA |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR JUDICIAL REVIEW OF ADMINISTRATIVE ACTION** |
| vs. | |
| UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES et al., | |
| Defendants. | |

This matter is before the Court on defendants' motion to dismiss for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1). Plaintiff, the California Department of Social Services ("CDSS"), has filed a pre-enforcement challenge to a regulation promulgated by the Department of Health & Human Services ("HHS"), to implement changes made to the Temporary Assistance for Needy Families ("TANF") program, by the Deficit Reduction Act of 2005.

CDSS has failed to establish that its claims are fit for judicial resolution, and it has not

Proposed Order
No. C 09-0213-SBA

1  alleged sufficient hardship to justify a finding of ripeness.  See Abbott Labs. v. Gardner, 387

2  U.S. 136, 148-49 (1967), overruled on other grounds, Califano v. Sanders, 430 U.S. 99, 97

3  (1977).  CDSS's claims are contingent on future events that have not occurred, and may never

4  occur.  Additionally, the harm alleged by CDSS is neither irremediable, nor immediate.  The

5  regulation challenged by CDSS requires no alteration of primary conduct, the harm CDSS

6  alleges is monetary in nature, and CDSS would be entitled to extensive administrative review

7  procedures were the HHS Secretary to reduce California's federal TANF grant at some point in

8  the future.  Accordingly, CDSS has not established that its pre-enforcement challenge is ripe for

9  judicial resolution.

10   CDSS has requested that, should the Court find that the Complaint satisfies the fitness

11  inquiry of the ripeness analysis, but fails to satisfy the hardship inquiry, the Court should grant

12  CDSS leave to amend its Complaint.  See CDSS's Supp. Br. at 6.  The Court finds that CDSS

13  has not satisfied the fitness inquiry and that, in any event, even if the Court were to consider the

14  allegations of harm contained in the proposed First Amended Complaint, those allegations are

15  insufficient to justify a ripeness finding.  Accordingly, granting CDSS's motion for leave to

16  amend would be futile, and that motion is hereby DENIED.  See Foman v. Davis, 371 U.S. 178,

17  182 (1962).

18   Having reviewed defendants' Motion to Dismiss Plaintiff's Complaint for Judicial

19  Review of Administrative Action, and all the relevant files on record, defendants' motion is

20  hereby GRANTED, and it is

21   ORDERED that plaintiff's Complaint is hereby DISMISSED in its entirety.

Dated 9/2/09

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge

Proposed Order
No. C 09-0213-SBA                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2009, I caused a true copy of the foregoing Proposed Order Granting Defendants' Motion to Dismiss Plaintiff's Complaint for Judicial Review of Administrative Action to be served on plaintiff's counsel electronically by means of the Court's ECF system.

                           */s/ Stephen J. Buckingham*
                           Stephen J. Buckingham